# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# DANVILLE DIVISION

| | |
|---|---|
| SUZANNE REYNOLDS, ET. AL., ) | |
| ) | Case No. 4:07CV00001 |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| FREIGHTLINER LLC, ET. AL., ) | |
| ) | By: **Jackson L. Kiser** |
| Defendants. ) | Senior United States District Judge |

Before me now are Four Winds International Corporation's motions to dismiss the Plaintiffs' claim under the Virginia Motor Vehicle Warranty Enforcement Act and the first part of the Plaintiffs' claim under the Virginia Consumer Protection Act. For the reasons stated in the accompanying *Memorandum Opinion*, Four Winds International Corporation's Motion to Dismiss Plaintiffs' Claim Under the Virginia Consumer Protection Act is **GRANTED**. The Plaintiffs are **GRANTED** leave to amend their claim under the Virginia Consumer Protection Act within ten days from the entry of this *Order*. Moreover, Four Winds International Corporation's Motion to Dismiss Plaintiffs' Claim Under the Virginia Motor Vehicle Warranty Enforcement Act will be **DENIED**. Finally, the Plaintiffs' Motion to Strike will be **DENIED**.

Entered this 2nd day of August, 2007.

s/Jackson L. Kiser
Senior United States District Judge